**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7369**

JONATHAN CHARLES MEADE,

                Plaintiff - Appellant,

        v.

CAPTAIN NORRIS,

                Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (2:15-cv-00319-RAJ-LRL)

Submitted: March 17, 2016          Decided: March 21, 2016

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jonathan Charles Meade, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan Charles Meade appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint for failure to state a claim upon which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Meade v. Norris, No. 2:15-cv-00319-RAJ-LRL (E.D. Va. July 30, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED